UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV-12-03734-RZ | Date | JULY 9, 2012 |
|---|---|---|---|
| Title | EVELIO CASTILLO, ET AL. v. ING BANK FSB, ET AL. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE | |
|---|---|---|
| Ilene Bernal | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**  (IN CHAMBERS): ORDER TO SHOW CAUSE

On July 9, 2012, the Court held a scheduling conference. The conference was duly noticed, and the parties filed a joint report in advance of the conference. When the calendar was called, defendant's counsel appeared, but plaintiffs' counsel did not. The Court received no communication of any sort from plaintiffs' counsel prior to the conference about his lack of attendance at the conference.

Accordingly, plaintiffs' counsel shall show cause in writing, no later than July 23, 2012, why he should not be required to pay monetary sanctions for his failure to attend the conference.

|  :  |
|---|
| Initials of Preparer        igb |