O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVELIO CASTILLO, ET AL., | ) | CASE NO. CV 12-03734 RZ |
| Plaintiffs, | ) ) | |
| vs. | ) ) | JUDGMENT |
| ING BANK, FSB, ETC., ET AL., | ) ) | |
| Defendants. | ) ) | |

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that Plaintiffs have and take nothing by their Complaint, and that the action is dismissed with prejudice.

DATED: August 20, 2012

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE